[No. 33724-0-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS RAY
CLINE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 01-1-00972-6, James E. Warme, J., entered
August 25, 2005. *Affirmed in part* and *remanded* by unpub-
lished opinion per Quinn-Brintnall, J., concurred in by
Houghton, C.J., and Van Deren, J.

[No. 34031-3-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURENTIU GIOVANI
MIHALACHE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 04-1-02223-1, John P. Wulle, J., entered No-
vember 2, 2005. *Reversed* and *remanded* by unpublished
opinion per Bridgewater, J., concurred in by Quinn-
Brintnall, J.; Penoyar, J., dissenting.

[No. 34334-7-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNATHON DANIEL
ROSWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 05-1-01048-5, Sally F. Olsen, J., entered Janu-
ary 20, 2006. *Affirmed in part* and *remanded* by unpub-
lished opinion per Van Deren, A.C.J., concurred in by
Bridgewater and Quinn-Brintnall, JJ.

[No. 34706-7-II.   Division Two.   July 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MICHAEL
SCIMEMI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 05-1-02816-5, Diane M. Woolard, J., entered
April 13, 2006. *Affirmed in part* and *remanded* by unpub-
lished opinion per Bridgewater, J., concurred in by Van
Deren, A.C.J.; Quinn-Brintnall, J., dissenting.